[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 15, 2010
JOHN LEY
CLERK

No. 10-11294

_____

D.C. Docket No. 1:08-cv-00562-KD-N

FERNANDO DELEON,
JESUS NUNEZ, et al.,

Plaintiffs-Appellants,

versus

ST. MOBILE AEROSPACE ENGINEERING, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(November 15, 2010)

Before BLACK, MARTIN and COX, Circuit Judges.

PER CURIAM:

Plaintiffs Fernando DeLeon, Jose M. Castillo, Jesus Nunez, Alain Ramirez,

Peter Loo and Wilmer Crespo appeal the District Court's grant of summary

judgment to their former employer, St. Mobile Aerospace Engineering, Inc.  We have undertaken a *de novo* review of the District Court's decision, and after a thorough review of the record as well as oral argument, we AFFIRM the judgment of the District Court.